## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 10CV6237  Assigned/Issued By: JN

Judge Name: PALLMEYER  Designated Magistrate Judge: KIM

---

### FEE INFORMATION

*Amount Due:* ☑ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 4624047655

Date Payment Rec'd: 9-29-10  Fiscal Clerk: JN

---

### ISSUANCES

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
  _____
  *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets  ☐ Other
☐ Writ _____
  *(Type of Writ)*  _____
  *(Type of issuance)*

1  Original and  1  copies on  9-29-10  as to  THOMAS J. DART; COOK
      *(Date)*
COUNTY ILLINOIS
_____