## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 10CV6237     Assigned/Issued By: DAJ

Judge Name: PALLMEYER     Designated Magistrate Judge: KIM

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons     ✓ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets     ☐ Other

☐ Writ _____
(Type of Writ)

_____
(Type of issuance)

 1  Original and  1  copies on  10/07/10  as to  THOMAS J DART
(Date)