IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM PINDAK, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 6237 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Kim |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT COOK COUNTY SHERIFF TO IDENTIFY ITS 30(B)(6) WITNESS CONCERING FIRST AMENDMENT TRAINING**

Plaintiffs, through counsel, respectfully move this Honorable Court to compel Defendant Cook County Sheriff to identify its 30(b)(6) designee concerning training of sheriff's deputies regarding First Amendment rights.

**Background**

1. This is a case about the First Amendment right to panhandle in Daley Plaza. Plaintiffs have been trying to take the deposition of the Cook County Sheriff's 30(b)(6) designee concerning First Amendment training for nearly two years to no avail.

2. It is necessary to bring this to the Court's attention because over the past ten weeks, Plaintiffs' counsel have sent Defendants' counsel four separate written requests to identify whom the Sheriff will designate to testify concerning First Amendment training. But Defendants' counsel has failed to definitively respond to these requests, choosing to keep the issue in limbo by saying that the Sheriff's 30(b)(6) designee concerning training may be the same individual who was deposed concerning policy, and therefore a second deposition may not be necessary. With the fact discovery deadline fast approaching at the end of October, Plaintiffs seek to have this issue resolved.

**Facts**

3. On November 17, 2011, Plaintiffs' counsel noticed the 30(b)(6) deposition of the Cook County Sheriff concerning two topics: (1) policies relating to panhandling in Daley Plaza; and (2) training of sheriff's deputies regarding First Amendment rights. To date, Plaintiffs have only been able to depose the Sheriff concerning the first topic, because the Sheriff has refused to identify its 30(b)(6) designee regarding training.

4. In February 2012, Defendants' counsel produced Cook County Sheriff's Department Deputy Chief Kevin Connolly in response to that notice. At that deposition, Defense counsel informed Plaintiffs' counsel that Connolly would testify only concerning the Sheriff Department's policies, not its First Amendment training.

5. On July 10, 2013, Plaintiffs counsel sent a notice specifically requesting that the Sheriff produce a 30(b)(6) designee to testify concerning training. (Exhibit 1.)

6. Defendants' counsel requested that this deposition be postponed because the Sheriff would likely designate Deputy Chief Connolly as its 30(b)(6) designee for training (even though it had previously stated he wasn't), and therefore the second 30(b)(6) deposition may be redundant assuming Plaintiffs agreed that his answers concerning training in his first deposition were sufficient to satisfy Plaintiffs' inquiries.

7. Plaintiffs' counsel agreed to postpone the deposition pending confirmation from the Sheriff concerning whether Connolly would be the designee for First Amendment training.

8. Since that date, Plaintiffs hare repeatedly requested that Defendants affirmatively state whether Connolly would be their 30(b)(6) witness concerning training or whether someone else would be named. Specifically, Plaintiffs' counsel sent correspondence to Defendants' counsel on July 30, 2013, August 21, 2013, September 3, 2013, and September 19, 2013. (See, Exhibit 2, Plaintiffs' Correspondence.)

2

9. In response to each of these requests, Defendants' counsel has stated that Deputy Chief Connolly was probably the designee, but was awaiting confirmation from his client.

10. Plaintiffs requested that Defendants respond by no later than Friday, September 20 to the final request. Defendants have not responded.

11. Plaintiffs cannot proceed with preparation of the case for trial without knowing the identity of the Sheriff's 30(b)(6) witness concerning First Amendment training.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an order compelling Defendant Cook County Sheriff to designate a 30(b)(6) witness regarding training of sheriff's deputies regarding First Amendment rights.

Respectfully submitted,

/s/ Adele D. Nicholas
*Counsel for Plaintiff*

Mark G. Weinberg
3612 N. Tripp Ave
Chicago, IL 60641
(773) 283-3913

Adele D. Nicholas
4510 N. Paulina Street, 3E
Chicago, Illinois 60640
(847) 361-3869