IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM PINDAK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 10 C 6237 |
| v. | ) | |
| | ) | Judge Pallmeyer |
| COOK COUNTY, et al., | ) | Magistrate Judge Kim |
| | ) | |
| Defendants. | ) | |

**MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Plaintiffs move this Court pursuant to 28 U.S.C. §2241(c)(5) and 28 U.S.C. §1651(a) for an order directing the issuance of a *Writ of Habeas Corpus Ad Testificandum* to secure the attendance of Jeffrey Kramer (Illinois Department of Corrections No. M55631) who is currently incarcerated at the Stateville Correctional Center, Northern Reception Center, 16830 IL-53, Crest Hill, IL 60403, to appear and testify at trial in this matter on January 26, 2016, at the United States Courthouse for the Northern District of Illinois, 219 S. Dearborn Street, Room 2141, Chicago, Illinois 60604.

Mr. Kramer is an important witness in this case and his presence at trial is necessary to the fair presentation of Plaintiffs' evidence. Specifically, Mr. Kramer is a friend of Plaintiff Kim Pindak who took the October 2009 and September 2010 videos that will be presented to the jury in this matter. Mr. Kramer is expected to testify concerning the manner in which he made the videos and what he witnessed on the days that he made the video recordings.

In order to secure the presence of Mr. Kramer, it is necessary that a *Writ of Habeas Corpus Ad Testificandum* be issued commanding the warden or supervisor at Stateville and the

1

U.S. Marshals to produce him. Plaintiffs have prepared a draft order in the appropriate form, which is attached hereto as Exhibit 1.

WHEREFORE, Plaintiffs respectfully request this Court issue a *Writ of Habeas Corpus Ad Testificandum* to secure Jeffrey Kramer's presence for trial on January 26, 2016.

Respectfully submitted,

/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

Law Office of Adele D. Nicholas
4510 N. Paulina Street, 3E
Chicago, Illinois 60640
847-361-3869

Law Office of Mark G. Weinberg
3612 N. Tripp Ave.
Chicago, Illinois 60641
773-283-3913